IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILHOLD, | ) |
|           Plaintiff, | ) |
| v. | ) No. 04-586-MJR |
| KRIS GEBKE, MADISON COUNTY, ILLINOIS, ROBERT HERTZ, Sheriff of Madison County, Illinois, SERGEANT HILL, individually and as an employee of the Madison County Sheriff's Department, and OFFICER YOUNG, individually and as an employee of the Madison County Sheriff's Department, | ) |
|           Defendants. | ) |

## **ORDER**

Before the Court is defendant Gebke's Motion to Quash Notices of Depositions propounded between July 12 and 22, 2005, for depositions scheduled between August 16 and September 9, 2005. **(Doc. 22).** Defendant correctly notes that the discovery deadline was July 8, 2005. **(*See* 6/22/2005 docket entry).** Defendant was purportedly willing to permit additional discovery, but only if the dispositive motion deadline was also extended, which would require leave of Court.

Leave to entered the discovery cutoff and/or dispositive motion deadline was not sought, and there is no evidence of a written agreement between the parties to extend discovery. Therefore, defendant stands on sound footing in objecting to plaintiff's attempt to conduct additional discovery.

**IT IS THEREFORE ORDERED** that defendant's motion to quash all nine deposition notices propounded by plaintiff **(Doc. 22)** is **GRANTED**. The notices of the depositions of Dr.

Kevin Garner, Dr. Peter Anderson, Sergeant Rich Martin, Denise Nunn, Sergeant Pete Moore, Jason Gilbert, Randy Eaton, Lieutenant Shocky, and Dr. Syed Ali are hereby **QUASHED**.

Discovery has closed. At this juncture, the parties should be preparing for the August 31, 2005, settlement conference and October 31, 2005, trial.

**IT IS SO ORDERED.**

**DATED: August 3, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
