IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILHOLD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 04-586-MJR |
| | ) |
| KRIS GEBKE, MADISON COUNTY, | ) |
| ILLINOIS, ROBERT HERTZ, Sheriff | ) |
| of Madison County, Illinois, SERGEANT | ) |
| HILL, individually and as an employee | ) |
| of the Madison County Sheriff's | ) |
| Department, and OFFICER YOUNG, | ) |
| individually and as an employee of the | ) |
| Madison County Sheriff's Department, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Before the Court is plaintiff's motion to withdraw his motion to compel filed May 6, 2005. **(Doc. 19).**

**IT IS HEREBY ORDERED** that, for good cause shown, plaintiff's motion to withdraw **(Doc. 19)** is **GRANTED**. The Clerk of Court shall have the record reflect that plaintiff's motion to compel **(Doc. 15)** has been withdrawn.

**IT IS SO ORDERED.**

DATED: October 5, 2005

                                                                                         **s/ Clifford J. Proud**
                                                                                         **CLIFFORD J. PROUD**
                                                                                         **U. S. MAGISTRATE JUDGE**