IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILHOLD, | ) |
|       Plaintiff, | ) |
| v. | ) No. 04-586-MJR |
| KRIS GEBKE, MADISON COUNTY, ILLINOIS, ROBERT HERTZ, Sheriff of Madison County, Illinois, SERGEANT HILL, individually and as an employee of the Madison County Sheriff's Department, and OFFICER YOUNG, individually and as an employee of the Madison County Sheriff's Department, | ) |
|       Defendants. | ) |

## ORDER

Before the Court is plaintiff Wilhold's Motion to Quash Notices of Deposition propounded by defendants on or about July 19, 2005. **(Doc. 29).** Plaintiff correctly notes that the discovery deadline was July 8, 2005. **(*See* 6/22/2005 docket entry).** Leave to extend the discovery cutoff and/or dispositive motion deadline was not sought, and there is no evidence of a written agreement between the parties to extend discovery. Therefore, plaintiff stands on sound footing in objecting to defendants' attempt to conduct additional discovery.

**IT IS THEREFORE ORDERED** that plaintiff's motion to quash three deposition notices propounded by defendants **(Doc. 29)** is **GRANTED**. The notices of the depositions of Diana Wilhold, Phillip Wilhold and Donna Wilhold are hereby **QUASHED**.

**IT IS SO ORDERED.**

**DATED: October 6, 2005**     **s/ Clifford J. Proud**
                                                                                 **CLIFFORD J. PROUD**
                                                                                 **U. S. MAGISTRATE JUDGE**