IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID WILHOLD,                                    )
                                                  )
                        Plaintiff,                )
                                                  )
            v.                                    )          No. 04-586-MJR
                                                  )
KRIS GEBKE, MADISON COUNTY,                       )
ILLINOIS, ROBERT HERTZ, Sheriff                   )
of Madison County, Illinois, SERGEANT             )
HILL, individually and as an employee             )
of the Madison County Sheriff's                   )
Department, and OFFICER YOUNG,                    )
individually and as an employee of the            )
Madison County Sheriff's Department,              )
                                                  )
                        Defendants.               )

## ORDER

Before the Court is plaintiff Wilhold's motion to continue the October 31, 2005, trial setting in light of plaintiff's recent surgery and the need to conduct additional discovery relative to that surgery and any revised prognosis. **(Doc. 32).**  After consultation with U.S. District Judge Michael J. Reagan, it is agreed that a <u>limited</u> amount of additional discovery is warranted and, therefore, a revision of the trial setting is necessary.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 32)** is **GRANTED.**  The following schedule shall control:

1.    Discovery is reopened through **December 7, 2005**, and shall be limited to plaintiff's recent surgery and any revised prognosis;

2.    All dispositive motions shall be filed on or before **December 22, 2005**;

3.    A settlement conference is set before Judge Proud on  **March 1, 2006, at 9:30 a.m.**; settlement statements are due **February 17, 2006**;

4.      A final pretrial conference is set before Judge Reagan on **March 31, 2006, at 10:00**

      **a.m.**; and

5.      Trial is set to commence **April 17, 2006**.

**IT IS SO ORDERED.**

**DATED: October 6, 2005**          **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**